UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>  DANNY SHAW,<br><br>                    Defendant. | Case No.  21-cr-03438-JM<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C. § 1466A(b)(2)(A) and (B) – Possession of Obscene Visual Representations of the Sexual Abuse of Children; Title 18, U.S.C., Sec. 1467– Criminal Forfeiture |

The United States Attorney charges:

COUNT 1

From a time unknown through on or about on or about October 1, 2020, within the Southern District of California, defendant DANNY SHAW, having previously been convicted of the crime of Possession of Images of Minors Engaged in Sexually Explicit Conduct in violation 18 U.S.C. § 2252(a)(4)(B) in the United States District Court for the Southern District of California on November 16, 2015, did knowingly possess a visual depiction of any kind, including a drawing and cartoon that depicts an image that is, or appears to be, of a minor engaging in sadistic and masochistic abuse, and sexual intercourse, including

genital-genital, oral-genital, anal-genital, and oral-anal, whether between persons of the same or opposite sex, and the visual depiction lacks serious literary, artistic, political and scientific value, and the visual depiction was produced using materials that have been mailed, and that have been shipped and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Sections 1466A(b)(2)(A) and (B).

## FORFEITURE ALLEGATION

1.    The allegations contained in Count 1 of this Information is re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to provision of Title 18, United States Code, Sections 1467.

2.    Upon conviction of one or more of the offense alleged in Count 1, which alleges a violation of Title 18, United States Code, Section 1466A, defendant DANNY SHAW, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1467(a) all his interest in: any obscene material produced, transported, mailed, shipped, and received in violation of law; any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from the offense; and any property, real and personal, used or intended to be used to commit and to promote the commission of the offense.

3.    If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

Case 3:21-cr-03438-JM   Document 1   Filed 12/16/21   PageID.3   Page 3 of 3

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1467(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Sections 1467.

DATED: __December 8__, 2021.

RANDY S. GROSSMAN
Acting United States Attorney


AMANDA L. GRIFFITH
Assistant U.S. Attorney

3