**NATHAN M. FENEIS**
California State Bar No. 258491
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Nathan_Feneis@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY SHAW,<br><br>Defendant. | CASE NO.: 21CR3438-JM<br><br>Hon Jeffrey T. Miller<br>Courtroom 5D<br>Date: April 1, 2022<br>Time: 9:00 a.m.<br><br>**Mr. Shaw's Sentencing Summary Chart** |

TO: RANDY GROSSMAN, ACTING UNITED STATES ATTORNEY, AND AMANDA GRIFFITH, ASSISTANT UNITED STATES ATTORNEY:

Defendant Danny Shaw by and through counsel Nathan M. Feneis and Federal Defenders of San Diego, Inc., hereby files the following Sentencing Summary Chart.

Respectfully submitted,

Dated: March 25, 2022      *s/ Nathan M. Feneis*
Nathan M. Feneis
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Nathan_Feneis@fd.org

# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO: | |
| AUSA: | |
| DEF: | X |

| | | | |
|---|---|---|---|
| Defendant's Name: | Danny Shaw | Docket No. | 21CR3438-JM |
| Attorney's Name: | Nathan Feneis | Phone No.: | 619-234-8467 |
| Guideline Manual Used: | Nov. 2021 | Agree with USPO Calc.: | No |

Base Offense Level: (U.S.S.G. § 2G2.2)    (Drug Quantity, if Applicable)    **18**

Specific Offense Characteristics:
| | |
|---|---|
| Material involved prepubescent minor [2G2.2(b)(2)] | +2 |
| Sadistic or masochistic conduct [2G2.2(b)(4)] | +4 |
| Number of images [2G2.2(b)(7)(A)] | +2 |

Adjustments:

Adjusted Offense Level:    **26**
  ☐ Combined (Mult. Counts)   ☐ Career Offender   ☐ Armed Career Criminal

| | |
|---|---|
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 23 |
| Criminal History Score: | 11 |
| Criminal History Category: | V |

  ☐ Career Offender   ☐ Armed Career Criminal

Guideline Range:
  (Range limited by:   ☒ Minimum Mandatory   ☐ Statutory Maximum)
  *from:* 84 months
  *to:* 105 months

Departures:
| | |
|---|---|
| Expeditious resolution [5K2.0] | -2 |

| | |
|---|---|
| Adjusted Offense Level: | 21 |
| Resulting Guideline Range: *from:* | 70 months |
| *to:* | 87 months |

**Joint Recommendation:  120 months in custody, concurrent with the sentence imposed in Case No. 14CR3550-JM**