RANDY S. GROSSMAN
United States Attorney
AMANDA L. GRIFFITH
California Bar No. 243854
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8970
mandy.griffith@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR3438-JM |
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
| v. | Sentencing Date: April 1, 2022 |
| DANNY SHAW, | Time: 9:00 a.m. |
| Defendant. | |

To his credit, Danny Shaw accepted responsibility for the conduct he committed while on supervised release for possession of child pornography (14CR3550-JM). For the breach of the Court's trust in that case and for the new law offense he committed, the United States recommends 120 months in custody.

A. **Offense Conduct**

The Presentence Report (PSR) accurately details the investigation into Shaw when his phone was seized pursuant to a search conducted by U.S. Probation.

### B. Victim Impact, Restitution, and Special Assessments

As this current charge involves possession of obscene material visual representations, there are no victim impact statements for the Court and no restitution to be ordered.

The United States is recommending Shaw pay the $100 special assessment, as no other special assessments are applicable to this charge.

### C. Guidelines Calculation

The guidelines calculations are detailed in the plea agreement and were filed separately in a sentencing summary chart. Dkt. 13.

### D. Government's Sentencing Recommendation

Danny Shaw's offense history and criminal history are undoubtably troubling. But, he has fully and completely accepted responsibility for his conduct. As a result he faces a sentence that double what he previously served for possession of child pornography. It is hoped that this additional custodial sanction will impress upon Shaw the seriousness of this conduct.

The United States, consistent with the plea agreement, is not recommending supervised release for the current charge as the maximum term of supervision for possession of obscene material is only five years. Based on his criminal history, and this current charge, the United States firmly believes that Shaw needs to be supervised for a longer period. As a result, the United States requests that this Court reimpose a term of ten years of supervision in his possession of child pornography conviction (14CR3550). The United States will defer to the Court on amount of time Shaw should serve as a result of the breach of the Court's trust. Regardless of that sentence, the United States recommends that sentence be run concurrently with the 120 month recommendation in the new case as a total of ten years in custody for both cases is sufficient but not greater than necessary to support the § 3553(a) factors. The United States believes that a total of ten years in custody for Shaw is a fair and just sentence.

### E. <u>Criminal Forfeiture</u>

The parties have agreed to forfeiture pursuant to the plea agreement.  A final order of forfeiture will be provided separately for to the Court.

| | |
|---|---|
| Date:  March 25, 2022 | Respectfully submitted, |
| | RANDY S. GROSSMAN<br>United States Attorney |
| | <u>/s/ Amanda L. Griffith</u><br>Amanda L. Griffith<br>Assistant U.S. Attorney |